1  KEVIN V. RYAN (CSBN 118321)
   United States Attorney
2
3  EUMI L. CHOI (CSBN 0722)
   Chief, Criminal Division
4  SUSAN KNIGHT (CSBN 209013)
   Assistant United States Attorney
5
6      150 Almaden Blvd., Suite 900
       San Jose, California 95113
7      Telephone:  (408) 535-5056
       FAX: (408) 535-5066
8      Susan.Knight@usdoj.gov

   Attorneys for Plaintiff
9
                    UNITED STATES DISTRICT COURT
10
                   NORTHERN DISTRICT OF CALIFORNIA
11
                          SAN JOSE DIVISION
12                                               *E-FILED - 4/19/06*

13  UNITED STATES OF AMERICA,        )   No. CR 05-00218 RMW
                                     )
14         Plaintiff,                )
                                     )   STIPULATION AND []
15         v.                        )   ORDER EXCLUDING TIME
                                     )
16  INN-CHUNG CHEN,                  )
    a/k/a Daniel Chen,               )
17                                   )   SAN JOSE VENUE
           Defendant.                )
18                                   )
                                     )
19  _____

20
21      On April 3, 2006, the parties in this case appeared before the Court for a status hearing.  At
22  that appearance, Steven Manchester, who represents the defendant, informed the Court that he
23  had conducted a preliminary review of over nine binders of documents, and needs to obtain
24  additional documents from the government.  In order for the government to provide further
25  discovery, the parties requested that the case be continued to May 22, 2006 at 9:00 a.m.  The
26  parties also requested an exclusion of time under the Speedy Trial Act from April 3, 2006 to May
27  22, 2006 in order for the government to provide discovery and to afford Mr. Manchester an
28  opportunity to review it.  The defendant, through Mr. Manchester, agreed to the exclusion.  The

STIPULATION AND [] ORDER
NO. 05-00218 RMW                    1

1  parties agree and stipulate that an exclusion of time is appropriate based on the defendant's need
2  for effective preparation of counsel.
3  SO STIPULATED:                         KEVIN V. RYAN
                                          United States Attorney
4
5  DATED: 3/4/06                          _____/s/_____
                                          SUSAN KNIGHT
6                                         Assistant United States Attorney
7
   DATED: 3/4/06                          _____/s/_____
8                                         STEVEN R. MANCHESTER
                                          Counsel for Mr. Chen
9
10
11     Accordingly, for good cause shown, the Court HEREBY ORDERS that time be excluded
12 under the Speedy Trial Act from April 3, 2006 until May 22, 2006.  The Court finds, based on
13 the aforementioned reasons, that the ends of justice served by granting the requested continuance
14 outweigh the best interest of the public and the defendant in a speedy trial.  The failure to grant
15 the requested continuance would deny defense counsel reasonable time necessary for effective
16 preparation, taking into account the exercise of due diligence, and would result in a miscarriage
17 of justice.  The Court therefore concludes that this exclusion of time should be made under 18
18 U.S.C. §§ 3161(h)(8)(A) and (B)(iv).
19 SO ORDERED.
20
21 DATED: 4/19/06                          /s/ Ronald M. Whyte
                                          _____
                                          RONALD M. WHYTE
22                                        United States District Judge
23
24
25
26
27
28

STIPULATION AND ] ORDER
No. 05-00218 RMW                                  2