1  KEVIN V. RYAN (CSBN 118321)
   United States Attorney
2
3  MARK KROTOSKI (CSBN 138549)
   Chief, Criminal Division
4  SUSAN KNIGHT (CSBN 209013)
   Assistant United States Attorney
5
       150 Almaden Blvd., Suite 900
6      San Jose, California 95113
       Telephone: (408) 535-5056
7      FAX: (408) 535-5066
       Susan.Knight@usdoj.gov
8
   Attorneys for Plaintiff
9
                   UNITED STATES DISTRICT COURT
10
                  NORTHERN DISTRICT OF CALIFORNIA
11
                       SAN JOSE DIVISION         *E-FILED - 7/13/06*
12
13 UNITED STATES OF AMERICA,     )   No. CR 05-00218 RMW
                                 )
14        Plaintiff,             )
                                 )   STIPULATION AND []
15     v.                        )   ORDER CONTINUING HEARING DATE
                                 )   AND EXCLUDING TIME
16 INN-CHUNG CHEN,               )
   a/k/a Daniel Chen,            )
17                               )
          Defendant.             )   SAN JOSE VENUE
18                               )
                                 )
19 _____)

20

21     The undersigned parties respectfully request that the status hearing in the above-captioned

22 case be continued from Monday, July 17, 2006 to Monday, August 28, 2006. The reason for the

23 continuance is that the government recently provided voluminous discovery to Steven

24 Manchester and he needs time to review it. The parties also request an exclusion of time under

25 the Speedy Trial Act from July 17, 2006 to August 28, 2006. The parties agree and stipulate that

26 an exclusion of time is appropriate based on the defendant's need for effective preparation of

27 counsel.

28 //

STIPULATION AND [] ORDER
No. 05-00218 RMW                         1

| | | |
|---|---|---|
| 1 | SO STIPULATED: | KEVIN V. RYAN |
| 2 | | United States Attorney |
| 3 | DATED: | _____/s/_____ |
| 4 | | SUSAN KNIGHT |
| | | Assistant United States Attorney |
| 5 | | |
| 6 | DATED: | _____/s/_____ |
| | | STEVEN R. MANCHESTER |
| 7 | | Counsel for Mr. Chen |

Accordingly, for good cause shown, the Court HEREBY ORDERS that the status hearing is continued from July 17, 2006 to August 28, 2006 at 9:00 a.m.

The Court FURTHER ORDERS that time be excluded under the Speedy Trial Act from July 17, 2006 to August 28, 2006.  The Court finds, based on the aforementioned reasons, that the ends of justice served by granting the requested continuance outweigh the best interest of the public and the defendant in a speedy trial.  The failure to grant the requested continuance would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and would result in a miscarriage of justice.  The Court therefore concludes that this exclusion of time should be made under 18 U.S.C. §§ 3161(h)(8)(A) and (B)(iv).

SO ORDERED.

DATED:__ 7/13/06 _____          /s/ Ronald M. Whyte
                                 RONALD M. WHYTE
                                 United States District Judge