1  KEVIN V. RYAN (CSBN 118321)
   United States Attorney
2
3  MARK KROTOSKI (CSBN 138549)
   Chief, Criminal Division
4
   SUSAN KNIGHT (CSBN 209013)
5  Assistant United States Attorney

6     150 Almaden Blvd., Suite 900
      San Jose, California 95113
7     Telephone: (408) 535-5056
      FAX: (408) 535-5066
8     Susan.Knight@usdoj.gov                    ***E-FILED 11/8/06***

9  Attorneys for Plaintiff

10                       UNITED STATES DISTRICT COURT

11                      NORTHERN DISTRICT OF CALIFORNIA

12                              SAN JOSE DIVISION

13 UNITED STATES OF AMERICA,          )     No. CR 05-00218 RMW
                                      )
14      Plaintiff,                    )
                                      )     AMENDED STIPULATION AND
15      v.                            )     [PROPOSED] ORDER CONTINUING
                                      )     HEARING DATE AND EXCLUDING
16 INN-CHUNG CHEN,                    )     TIME
   a/k/a Daniel Chen,                 )
17                                    )
        Defendant.                    )
18                                    )     SAN JOSE VENUE
                                      )
19 _____)

20

21      The undersigned parties respectfully request that the status hearing in the above-captioned

22 case be continued from Monday, October 23, 2006 to Monday, December 11, 2006. The reason

23 for the continuance is that defense counsel needs additional time to review discovery, which is

24 consists of voluminous tax records, and consult with the defendant. The parties also request an

25 exclusion of time under the Speedy Trial Act from October 23, 2006 to December 11, 2006. The

26 parties agree and stipulate that an exclusion of time is appropriate based on the defendant's need

27 for effective preparation of counsel.

28 //

STIPULATION AND [PROPOSED] ORDER
No. 05-00218 RMW                           1

1  SO STIPULATED:                          KEVIN V. RYAN
2                                          United States Attorney

3  DATED: 10/18/06                         _____/s/_____
4                                          SUSAN KNIGHT
                                           Assistant United States Attorney

5
6  DATED:                                  _____/s/_____
                                           STEVEN R. MANCHESTER
7                                          Counsel for Mr. Chen

8

9       Accordingly, for good cause shown, the Court HEREBY ORDERS that the status hearing is
10 continued from October 23, 2006 to December 11, 2006 at 9:00 a.m.
11      The Court FURTHER ORDERS that time be excluded under the Speedy Trial Act from
12 October 23, 2006 to December 11, 2006.  The Court finds, based on the aforementioned reasons,
13 that the ends of justice served by granting the requested continuance outweigh the best interest of
14 the public and the defendant in a speedy trial.  The failure to grant the requested continuance
15 would deny defense counsel reasonable time necessary for effective preparation, taking into
16 account the exercise of due diligence, and would result in a miscarriage of justice.  The Court
17 therefore concludes that this exclusion of time should be made under 18 U.S.C. §§ 3161(h)(8)(A)
18 and (B)(iv).
19 SO ORDERED.
20
          11/8/06                          /s/ Ronald M. Whyte
21 DATED:_____                    _____
                                           RONALD M. WHYTE
22                                         United States District Judge

STIPULATION AND [PROPOSED] ORDER
No. 05-00218 RMW                           2