KEVIN V. RYAN (CSBN 118321)
United States Attorney

MARK KROTOSKI (CSBN 138549)
Chief, Criminal Division

SUSAN KNIGHT (CSBN 209013)
Assistant United States Attorney

150 Almaden Blvd., Suite 900
San Jose, California 95113
Telephone: (408) 535-5056
FAX: (408) 535-5066
Susan.Knight@usdoj.gov

E-FILED ***12/18/06***

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> INN-CHUNG CHEN, ) <br> a/k/a Daniel Chen, ) <br> ) <br> Defendant. ) <br> ) <br> _____ ) | No. CR 05-00218 RMW <br><br> STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING DATE AND EXCLUDING TIME <br><br> SAN JOSE VENUE |

The undersigned parties respectfully request that the status hearing in the above-captioned case be continued from Monday, December 11, 2006 to Monday, January 29, 2007. The reason for the continuance is that defense counsel needs additional time to review discovery, which is consists of voluminous tax records, and consult with the defendant. The parties also request an exclusion of time under the Speedy Trial Act from December 11, 2006 to January 29, 2007. The parties agree and stipulate that an exclusion of time is appropriate based on the defendant's need for effective preparation of counsel.

//

STIPULATION AND [PROPOSED] ORDER
No. 05-00218 RMW                                    1

| | | |
|---|---|---|
| 1 | SO STIPULATED: | KEVIN V. RYAN |
| 2 | | United States Attorney |
| 3 | DATED: 10/18/06 | _____/s/_____ |
| 4 | | SUSAN KNIGHT |
| | | Assistant United States Attorney |
| 5 | | |
| 6 | DATED: | _____/s/_____ |
| | | STEVEN R. MANCHESTER |
| 7 | | Counsel for Mr. Chen |

    Accordingly, for good cause shown, the Court HEREBY ORDERS that the status hearing is continued from December 11, 2006 to January 29, 2007 at 9:00 a.m.

    The Court FURTHER ORDERS that time be excluded under the Speedy Trial Act from December 11, 2006 to January 29, 2007.  The Court finds, based on the aforementioned reasons, that the ends of justice served by granting the requested continuance outweigh the best interest of the public and the defendant in a speedy trial.  The failure to grant the requested continuance would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and would result in a miscarriage of justice.  The Court therefore concludes that this exclusion of time should be made under 18 U.S.C. §§ 3161(h)(8)(A) and (B)(iv).

SO ORDERED.

DATED: 12/18/06          /s/ Ronald M. Whyte
_____
RONALD M. WHYTE
United States District Judge