KEVIN V. RYAN (CSBN 118321)
United States Attorney

MARK KROTOSKI (CSBN 138549)
Chief, Criminal Division

SUSAN KNIGHT (CSBN 209013)
Assistant United States Attorney

150 Almaden Blvd., Suite 900
San Jose, California 95113
Telephone: (408) 535-5056
FAX: (408) 535-5066
Susan.Knight@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

*E-FILED - 2/7/07*

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 05-00218 RMW |
| Plaintiff, | |
| v. | STIPULATION AND [] ORDER CONTINUING HEARING DATE AND EXCLUDING TIME |
| INN-CHUNG CHEN, a/k/a Daniel Chen, | |
| Defendant. | SAN JOSE VENUE |

The undersigned parties respectfully request that a change of plea hearing in the above-captioned case be continued from January 29, 2007 to February 26, 2007. The reason for the continuance is that the parties have engaged in plea negotiations and need additional time to finalize a plea agreement. The parties also request an exclusion of time under the Speedy Trial Act from January 29, 2007 to February 26, 2007. The parties agree and stipulate that an exclusion of time is appropriate based on the defendant's need for effective preparation of counsel.

//

//

| | | |
|---|---|---|
| 1 | SO STIPULATED: | KEVIN V. RYAN<br>United States Attorney |
| 2 | | |
| 3 | DATED: 1/25/07 | _____/s/_____<br>SUSAN KNIGHT<br>Assistant United States Attorney |
| 4 | | |
| 5 | DATED: 1/25/07 | _____/s/_____<br>STEVEN R. MANCHESTER<br>Counsel for Mr. Chen |

Accordingly, for good cause shown, the Court HEREBY ORDERS that a change of plea be continued from January 29, 2007 to February 26, 2007 at 9:00 a.m.

The Court FURTHER ORDERS that time be excluded under the Speedy Trial Act from January 29, 2007 to February 26, 2007. The Court finds, based on the aforementioned reasons, that the ends of justice served by granting the requested continuance outweigh the best interest of the public and the defendant in a speedy trial. The failure to grant the requested continuance would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and would result in a miscarriage of justice. The Court therefore concludes that this exclusion of time should be made under 18 U.S.C. §§ 3161(h)(8)(A) and (B)(iv).

SO ORDERED.

DATED: 2/7/07

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

STIPULATION AND [] ORDER
No. 05-00218 RMW                    2