```
1   SCOTT N. SCHOOLS (SC 9990)
    United States Attorney
2
3   MARK KROTOSKI (CSBN 138549)
    Chief, Criminal Division
4
    SUSAN KNIGHT (CSBN 209013)
5   Assistant United States Attorney

6      150 Almaden Blvd., Suite 900
       San Jose, California 95113
7      Telephone: (408) 535-5056
       FAX: (408) 535-5066
8      Susan.Knight@usdoj.gov

9   Attorneys for Plaintiff
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

*E-FILED - 3/9/07*

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 05-00218 RMW |
| Plaintiff, | ) | |
| v. | ) | STIPULATION AND [ ] ORDER CONTINUING HEARING DATE AND EXCLUDING TIME |
| INN-CHUNG CHEN, a/k/a Daniel Chen, | ) | |
| Defendant. | ) | SAN JOSE VENUE |

The undersigned parties respectfully request that a change of plea hearing in the above-captioned case be continued from February 26, 2007 to March 12, 2007. The reason for the continuance is to give defense counsel an opportunity to review the terms of a plea agreement with the defendant.

SO STIPULATED:         SCOTT N. SCHOOLS
                       United States Attorney

DATED: 2/23/07         _____/s/_____
                       SUSAN KNIGHT
                       Assistant United States Attorney

STIPULATION AND [ ] ORDER
No. 05-00218 RMW                    1

1
2  DATED: 2/23/07                              /s/
3                                              STEVEN R. MANCHESTER
                                               Counsel for Mr. Chen
4
5      Accordingly, for good cause shown, the Court HEREBY ORDERS that a change of plea be
6  continued from February 26, 2007 to March 12, 2007 at 9:00 a.m.
7  SO ORDERED.
8
9  DATED: 3/9/07                               *Ronald M. Whyte*
                                               RONALD M. WHYTE
10                                             United States District Judge
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

STIPULATION AND [] ORDER
No. 05-00218 RMW                      2