SCOTT N. SCHOOLS (SC 9990)
United States Attorney

MARK KROTOSKI (CSBN 138549)
Chief, Criminal Division

SUSAN KNIGHT (CSBN 209013)
Assistant United States Attorney

   150 Almaden Blvd., Suite 900
   San Jose, California 95113
   Telephone:  (408) 535-5056
   FAX: (408) 535-5066
   Susan.Knight@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION          *E-FILED - 3/22/07*`

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 05-00218 RMW |
|     Plaintiff, ) | |
|     v. ) | STIPULATION AND [] ORDER EXCLUDING TIME |
| INN-CHUNG CHEN, ) a/k/a Daniel Chen, ) | |
|     Defendant. ) | SAN JOSE VENUE |

On March 12, 2007, the undersigned parties appeared before the Court for a status hearing in the above-captioned case. At the hearing, Steven Manchester, who represents the defendant, informed the Court that the parties have reached an agreement, and that a few issues needed to be resolved regarding the agreement. Therefore, the parties requested that a change of plea hearing be scheduled for May 7, 2007. The parties requested an exclusion of time under the Speedy Trial Act from March 12, 2007 until May 7, 2007. The defendant will be out of the country from April 5, 2007 until April 22, 2007. In addition, Mr. Manchester will be unavailable due to a vacation until early April. Therefore, the parties agreed and stipulated that an exclusion of time is is appropriate based on the defendant's need for effective preparation of counsel and continuity

1 | of counsel.
2 | SO STIPULATED:                          SCOTT N. SCHOOLS
3 |                                          United States Attorney
4 | DATED: 3/12/07                           _____/s/_____
  |                                          SUSAN KNIGHT
5 |                                          Assistant United States Attorney
6 |
7 | DATED: 3/12/07                           _____/s/_____
  |                                          STEVEN R. MANCHESTER
8 |                                          Counsel for Mr. Chen
9 |
10      Based upon the foregoing, the Court HEREBY ORDERS that time be excluded under the
11 Speedy Trial Act from March 12, 2007 until May 7, 2007.  The Court finds, based on the
12 aforementioned reasons, that the ends of justice served by granting the requested continuance
13 outweigh the best interest of the public and the defendant in a speedy trial.  The failure to grant
14 the requested continuance would deny defense counsel reasonable time necessary for effective
15 preparation, taking into account the exercise of due diligence, and would result in a miscarriage
16 of justice.  The Court therefore concludes that this exclusion of time should be made under 18
17 U.S.C. §§ 3161(h)(8)(A) and (B)(iv).
18 SO ORDERED.
19
20 DATED: 3/22/07                            *Ronald M. Whyte*
                                             RONALD M. WHYTE
21                                           United States District Judge

STIPULATION AND ORDER
No. 05-00218 RMW                             2