Steven R. Manchester (State Bar No. 45589)
MANCHESTER, WILLIAMS & SEIBERT
125 S. Market Street, Suite 1100
San Jose, CA 95113- 2286
408.287.6193 – Telephone
408.287.1554 - Facsimile

Attorney for Defendant, INN-CHUNG CHEN a/k/a Daniel Chen

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR 05-00218 RMW |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER PERMITTING DEFENDANT TO TRAVEL OUTSIDE THE UNITED STATES |
| vs. | |
| INN-CHUNG CHEN, a/k/a Daniel Chen, | |
| Defendant. | |

STIPULATION

1. The defendant has scheduled a trip to Taiwan to visit his family. He plans to leave the United States on April 5, 2007 and return on April 22, 2007.

2. The defendant is married, and the father of two children. He is employed, and owns a home in Santa Clara County. He surrendered when notified of the indictment, and has complied with all conditions of his pretrial release. He has reached a settlement agreement with the Government, and intends to enter a plea on March 12, 2007, or shortly thereafter.

3. The Government has no objection to the defendant's request to travel to Taiwan.

Dated: 3/12/07

_____
Susan Knight, Assistant United States Attorney

No. 05-00218 RMW Travel Order                                                    1

Dated: 3/12/07

Steven R. Manchester, Counsel for defendant

## ORDER

The parties having stipulated thereto, and good cause appearing therefore, IT IS HEREBY ORDERED that the defendant is permitted to travel to Taiwan from April 5, 2007 through April 22, 2007. The defendant is ordered to report to Pre-Trial Services within forty eight hours of his return to the United States.

Dated: 3/22/07

Magistrate Judge

No. 05-00218 RMW Travel Order

2