SCOTT N. SCHOOLS (SC 9990)
United States Attorney

W. DOUGLAS SPRAGUE (CSBN 202121)
Chief, Criminal Division

SUSAN KNIGHT (CSBN 209013)
Assistant United States Attorney

   150 Almaden Blvd., Suite 900
   San Jose, California 95113
   Telephone:  (408) 535-5056
   FAX: (408) 535-5066
   Susan.Knight@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

*E-FILED - 7/5/07*

| UNITED STATES OF AMERICA, | ) | No. CR 05-00218 RMW |
|---|---|---|
| Plaintiff, | ) | |
| | ) | STIPULATION AND [] |
| v. | ) | ORDER CONTINUING SENTENCING DATE |
| INN-CHUNG CHEN, | ) | |
| Defendant. | ) | SAN JOSE VENUE |

The undersigned parties respectfully request that the sentencing date for the above-captioned case be continued from August 13, 2007 to October 15, 2007 at 9:00 a.m.  The reason for the continuance is to allow Probation Officer Benjamin Flores additional time to complete his presentence investigation.

//
//
//
//
//

S<small>TIPULATION AND</small> [] <small>ORDER</small>
N<small>O</small>. 05-00218 RMW                                         1

1  SO STIPULATED:                          SCOTT N. SCHOOLS
                                           United States Attorney
2

3  DATED: 6/29/07                          _____/s/_____
                                           SUSAN KNIGHT
4                                          Assistant United States Attorney

5

6  DATED: 6/29/07                          _____/s/_____
                                           STEVEN R. MANCHESTER
7                                          Counsel for Mr. Chen

8

9       Accordingly, for good cause shown, the Court HEREBY ORDERS that the sentencing date

10 in the above-captioned case be continued from August 13, 2007 to October 15, 2007.

11 SO ORDERED.

12

13 DATED: 7/5/07                           _____
                                           RONALD M. WHYTE
14                                         United States District Judge

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [] ORDER
No. 05-00218 RMW                    2