Steven R. Manchester (State Bar No. 45589)
MANCHESTER, WILLIAMS & SEIBERT
125 S. Market Street, Suite 1100
San Jose, CA 95113- 2286
408.287.6193 – Telephone
408.287.1554 - Facsimile

Attorney for Defendant, INN-CHUNG CHEN a/k/a Daniel Chen

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>INN-CHUNG CHEN,<br>a/k/a Daniel Chen,<br><br>Defendant. | ) Case No. CR 05-00218 RMW<br>)<br>) STIPULATION AND [PROPOSED] ORDER<br>) REMOVING TRAVEL RESTRICTIONS AS<br>) A CONDITION OF RELEASE<br>)<br>)<br>)<br>)<br>)<br>) |

STIPULATION

1. On May 7, 2007, the defendant entered pleas of guilty to Count One (conspiracy) and Count Three (subscribing to a false tax return). Sentencing is currently scheduled for October 15, 2007, but it is expected that a continuance will be necessary.

2. The investigation by the Internal Revenue Service commenced approximately seven years ago. Shortly after the commencement of the investigation, the defendant filed amended returns for the tax years in question and paid all taxes, interest, and penalties owing. The defendant was aware at that time that an indictment was likely.

3. A superseding indictment was filed in December 2005, and the defendant voluntarily appeared in court shortly thereafter for arraignment. He was released on his own recognizance

1 subject to the normal travel restrictions. He has been monitored by Pretrial Services since his

2 release without incident.

3     4. The defendant's employment requires that he travel in the United States and abroad. In

4 order to avoid the necessity of repeated travel requests and orders, the defendant requests that the

5 Court remove all travel restrictions.

6     5. Assistant United States Attorney Susan Knight has been in charge of the prosecution of

7 the defendant and she has no objection to the removal of travel restrictions.

8     6. Counsel for the defendant has spoken to Mr. Caranza of Pretrial Services who has been

9 supervising the defendant, and has been advised by Mr. Caranza that he has no objection to the

10 removal of the travel restrictions. Mr. Caranza requests that the defendant provide Pretrial

11 Services with an itinerary of any travel plans that will take him outside the Northern District five

12 days prior to traveling.

13 Dated: _____

14     Assistant U.S. Attorney Susan Knight

16 Dated: 9/25/05

17     Steven R. Manchester

18 ORDER

19 The parties having stipulated thereto, and good cause appearing therefore, IT IS

20 HEREBY ORDERED: (1) all travel restrictions imposed as a condition of the defendant's

21 release are removed; (2) if the defendant travels outside the Northern District, he shall provide

22 Pretrial Services with an itinerary of his travel plans five days before traveling.

24 Dated: 10/9/07

25     Magistrate Judge

No. 05-00218 RMW

2