SCOTT N. SCHOOLS (SC 9990)
United States Attorney

BRIAN J. STRETCH (CSBN 163973)
Chief, Criminal Division

SUSAN KNIGHT (CSBN 209013)
Assistant United States Attorney

   150 Almaden Blvd., Suite 900
   San Jose, California 95113
   Telephone: (408) 535-5056
   FAX: (408) 535-5066
   Susan.Knight@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION   *E-FILED - 10/11/07*

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 05-00218 RMW |
| Plaintiff, | |
| v. | STIPULATION AND [] ORDER CONTINUING SENTENCING DATE |
| INN-CHUNG CHEN, | |
| Defendant. | SAN JOSE VENUE |

The undersigned parties respectfully request that the sentencing date for the above-captioned case be continued from October 15, 2007 to March 10, 2008 at 9:00 a.m. The reason for the continuance is to accommodate the parties' holiday schedules and to provide Probation Officer Benjamin Flores additional time to complete his presentence investigation.

//
//
//
//
//

STIPULATION AND [] ORDER
No. 05-00218 RMW                  1

| | | |
|---|---|---|
| 1 | SO STIPULATED: | SCOTT N. SCHOOLS<br>United States Attorney |
| 3 | DATED: 10/3/07 | _____/s/_____<br>SUSAN KNIGHT<br>Assistant United States Attorney |
| 6 | DATED: 10/3/07 | _____/s/_____<br>STEVEN R. MANCHESTER<br>Counsel for Mr. Chen |

Accordingly, for good cause shown, the Court HEREBY ORDERS that the sentencing date in the above-captioned case be continued from October 15, 2007 to March 10, 2008.

SO ORDERED.

DATED: __10/11/07___          *Ronald M. Whyte*_____
                              RONALD M. WHYTE
                              United States District Judge